IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL LOVE,

        Plaintiff,

v.                                                                                                                               4:11cv112-WS

DAWN CALOCA-JOHNSON,
et al.,

        Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 15) docketed September 26, 2011. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and to comply with an order of the court.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's complaint, and this action, are hereby DISMISSED without prejudice for failure to comply with an order of the court and for failure to prosecute.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

4.  The plaintiff's application for leave to proceed *in forma pauperis* is DENIED as moot.

DONE AND ORDERED this      20th      day of      October     , 2011.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE